Dated: March 16, 2011

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

**United States Bankruptcy Court for the
District of Arizona**

IN RE:

Tracy Jo Clark

Debtor(s) /

Case No. 2:09-bk-25009-EWH

Judge Eileen W. Hollowell

### ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $1,307.69 constituting unclaimed funds due to Tracy Jo Clark, claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2024. The social security number of the claimant (or federal tax i.d. number if claimant is a corporation) has been provided. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $1,307.69 to the order of Tracy Jo Clark c/o Dilks & Knopik, LLC and mail the check to P.O. Box 2728, Issaquah, WA 98027-0125.

- end of order -